DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALFONSO RAZZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-2400

[April 17, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 50-2014-CF-000570-AXXX-MB.

Carey Haughwout, Public Defender, and Tatjana Ostapoff, Assistant Public Defender, West Palm Beach, for appellant.

Ashley B. Moody, Attorney General, Tallahassee, and Georgina Jimenez-Orosa, Senior Assistant Attorney General, West Palm Beach, for appellee.

### ON REMAND FROM THE FLORIDA SUPREME COURT

PER CURIAM.

This case is before us on remand from the Florida Supreme Court of Florida for reconsideration following its decision in *State v. Lewars*, 259 So. 3d 793 (Fla. 2018). In *Lewars*, the supreme court disapproved of our decision in *Taylor v. State,* 114 So. 3d 355 (Fla. 4th DCA 2013), which we relied on in our prior opinion in this case. Because appellant was released from county jail in the three-year period preceding the qualifying offenses, he was not a prison releasee reoffender and resentencing is required pursuant to *Lewars*. *See* 259 So. 3d at 802.

*Reversed and remanded.*

GERBER, C.J., MAY and LEVINE, JJ., concur.

\*       \*       \*

***No motions for rehearing will be entertained.***